# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 13, 2011

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401



No. 08-10835, USA v. Monroe Setser
       USDC No. 5:08-CR-24-ALL

Enclosed is a copy of the Supreme Court order granting certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa G. Landry, Deputy Clerk
504-310-7649

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 13, 2011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Monroe Ace Setser
           v. United States
           No. 10-7387
           (Your No. 08-10835)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk